K. ALEXANDRA MCCLURE, CASBN 189679
LAW OFFICES OF ALEXANDRA MCCLURE
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   (415) 814-3397
Email:          alex@alexmcclurelaw.com

Counsel for Defendant Brantley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMOINE BRANTLEY, HANEEF SALEEM, AND BRIAN MORRIS,<br><br>Defendants. | Case No.: CR 24–482 JD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE** |

The above titled matter is currently scheduled for a status conference on May 19, 2025, at 10:30 AM. The government continues to produce discovery in the case and the defense requires additional time to review it. Given the complexity of the case and the voluminous discovery involved, as well as the fact that it requires travel for undersigned defense counsel to meet with their clients, all of whom live outside of the district, undersigned defense counsel will need additional time to review the discovery with their respective clients. The parties therefore stipulate that the presently scheduled hearing shall be continued to July 21, 2025, at 10:30 AM for a status conference.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until July 21, 2025, to allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by ordering this

1  continuance outweigh the best interest of the public and the defendants' right to a speedy trial,
2  and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

   IT IS SO STIPULATED.

| Dated May 7, 2025 | PATRICK ROBBINS<br>Acting United States Attorney<br>Northern District of California |
|---|---|
| | _____/S_____<br>BARBARA VALLIERE<br>Assistant United States Attorney |
| Dated May 7, 2025 | Assistant Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>ANGELA CHUANG<br>Attorney for Haneef Saleem |
| | _____/S_____<br>K. ALEXANDRA McCLURE<br>Attorney for Jermoine Brantley |
| | _____/S_____<br>NAOMI CHUNG<br>Attorney for Brian Morris |

[PROPOSED] STIPULATED ORDER
*BRANTLEY*, CR 24–482 JD

2

**[PROPOSED]** **ORDER**

For the reasons stated above, the Court CONTINUES this case to July 21, 2025, at 10:30 AM for status. This will be the last continuance.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from May 19, 2025 through July 21, 2025 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: 5/13/2025

_____
JAMES DONATO
United States District Judge

[PROPOSED] STIPULATED ORDER
*BRANTLEY*, CR 24–482 JD

3