CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CYNTHIA FREY (DCBN 475889)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMOINE ("JAY") C. BRANTLEY, aka<br>JAY E. JOHNSON<br><br>Defendant. | Case No. 24-CR-00482 JD<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA** |

Defendant Jermoine Brantley ("Brantley") is scheduled to appear before this Court for a change of plea hearing on November 16, 2026. The parties mutually respectfully request a brief continuance of that hearing to December 7, 2026. The parties have consulted with the Court's courtroom deputy and understand that date to be available on the Court's calendar. The Court previously excluded time through the trial date of March 8, 2027, and therefore the parties do not seek an exclusion of time.

//

//

//

//

IT IS SO STIPULATED.

November 12, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/s/
RICHARD EWENSTEIN
Assistant United States Attorney

November 12, 2026

/s/
K. ALEXANDRA MCCLURE
Counsel for Defendant Jermoine Brantley

IT IS SO ORDERED.

11/16/2026
Dated

HON. JAMES DONATO
United States District Judge